CLOSED,ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:22−cv−04484−TSH

Stokes v. Barnes  
Assigned to: Magistrate Judge Thomas S. Hixson  
Referred to: PSLC CHC  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 08/03/2022  
Date Terminated: 08/29/2022  
Jury Demand: None  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question  

**Plaintiff**

**Derrick Kenyatta Stokes**  represented by  **Derrick Kenyatta Stokes**  
3239392  
Theo Lacy Facility  
Orange County Jail  
501 The City Drive South  
Orange, CA 92868  
PRO SE  

V.

**Defendant**

**Don Barnes**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2022 | 1 | COMPLAINT against Don Barnes. Filed byDerrick Kenyatta Stokes. Consent/Declination due by 9/2/2022. (Attachments: # 1 Envelope)(sfb, COURT STAFF) (Filed on 8/3/2022) (Entered: 08/03/2022) |
| 08/03/2022 | 2 | MOTION for Leave to Proceed in forma pauperis Wrong Form filed by Derrick Kenyatta Stokes. (sfb, COURT STAFF) (Filed on 8/3/2022) (Entered: 08/03/2022) |
| 08/03/2022 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 28 days. IFP Form due by 9/12/2022. (sfb, COURT STAFF) (Filed on 8/3/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 08/03/2022) |
| 08/03/2022 | 4 | Notice of Assignment of Prisoner Case to Magistrate Judge (sfb, COURT STAFF) (Filed on 8/3/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 08/03/2022) |
| 08/24/2022 | 5 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge and Letter by Derrick Kenyatta Stokes. (sfb, COURT STAFF) (Filed on 8/24/2022) (Entered: 08/24/2022) |

| 08/29/2022 | [6](#) | **ORDER OF TRANSFER. Signed by Magistrate Judge Thomas S. Hixson on 8/29/2022. (Attachments: # 1 Envelope Mailing Service Label)(rmm2, COURT STAFF) (Filed on 8/29/2022)** |
| | | **Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** |
| | | **(Entered: 08/29/2022)** |