|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | JS-6 |

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-1608-JFW(E)** | Date: November 3, 2022 |
| Title: | Derrick Stokes -v- Don Barnes | |

**PRESENT:**

        **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DENYING PLAINTIFF'S REQUEST TO PROCEED *IN FORMA PAUPERIS*; and**

                                                   **ORDER CLOSING ACTION**

       On October 3, 2022, the Court denied Plaintiff Derrick Stokes's ("Plaintiff") Request to Proceed *in Forma Pauperis* ("IFP Request"), but granted Plaintiff leave to amend. The Court ordered Plaintiff to submit the appropriate form (CV-60P)[1] and include all the necessary and relevant information for the Court to consider Plaintiff's IFP Request, including the new Central District of California case number (Case No. 22-cv-1608-JFW (E)), on or before October 31, 2022. In the alternative, the Court ordered Plaintiff to pay the full filing fee on or before October 31, 2022. Plaintiff has failed to file Form CV-60P, to pay the filing fee, or to otherwise respond. Accordingly, Plaintiff's IFP Request is **DENIED,** and this action is **CLOSED**.

       IT IS SO ORDERED.

---

     [1] The Clerk was directed to send Plaintiff a copy of the Central District of California's form Request to Proceed *In Forma Pauperis* with Declaration in Support (CV-60P).